IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KIMBERLY R. LeBLANC,
    Plaintiff,

vs.                            Case No. 5:07cv97/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____ /

## O R D E R

Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and has filed an amended motion for leave to proceed in forma pauperis (Docs. 1, 5). In the affidavit of financial status, Plaintiff indicates that her husband has a monthly income of approximately $1,700.00, and they pay monthly debts totaling approximately $771.00 (Doc. 5 at 3). Thus, Plaintiff has approximately $929.00 available each month for discretionary spending.  It affirmatively appears, therefore, that leave to proceed in forma pauperis should be denied.  In order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

    Accordingly, it is **ORDERED**:

    1.  Plaintiff's amended motion for leave to proceed in forma pauperis (Doc. 5) is **DENIED**.

    2.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the filing fee of $350.00.

    3.  Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this <u>25th</u> day of May 2007.


                                      */s/ Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**